B. GEDNEY TOMPKINS, Appellant, *v.* GEORGE W. GREENE, Respondent.

| 82 | 619 |
| 111 | 518 |

(Argued October 5, 1880 ; decided October 12, 1880.)

REPORTED below (21 Hun, 257).

*Francis Larkin* for appellant.

*Wm. G. Valentine* for respondent.

Agree to affirm on opinion of GILBERT, J., in court below.
All concur.
Order affirmed.

---

MARIA L. PINNEY, Administratrix, etc., Respondent, *v.* WIL-
LIAM ORTH et al., Appellants.

(Argued October 5, 1880 ; decided October 12, 1880.)

*Henry Daily, Jr.,* for appellants.

*Peter Cook* for respondent.

Agree to affirm without opinion.
All concur.
Order affirmed.